IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNELIUS MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3267 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| OFFICER MUHS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 35, a postjudgment motion filed by the plaintiff, Cornelius Moore. For the reasons stated in filing no. 33, the court's Memorandum and Order of April 27, 2005, and filing no. 36, the defendants' Response to the plaintiff's motion, filing no. 35 is denied.

SO ORDERED.

DATED this 25th day of May, 2005.

BY THE COURT:


s/ Richard G. Kopf
United States District Judge